UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL INFANTE, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>PHILLIPS, et al., <br><br>    Defendants. | Case No. 25-cv-04179-EMC <br><br>**ORDER OF TRANSFER** |

    Plaintiff Miguel Infante, a pro se prisoner currently housed in Corcoran State Prison in Kings County, and Marbella Salas, a non-prisoner proceeding pro se, filed the instant civil rights suit regarding several incidents that took place while he was housed at California Men's Colony in San Luis Obispo County.  *See* ECF No. 1.  California Men's Colony, where a substantial part of the events or omissions giving rise to the claims occurred, is located in the Central District of California.  *See* 28 U.S.C. § 84(b)-(c).  Venue is therefore appropriate in that district.  28 U.S.C. § 1391(b)(1), (b)(2).

    In the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is therefore **TRANSFERRED** to the United States District Court for the Central District of California.  The Clerk is requested to transfer the matter and close the file.

    **IT IS SO ORDERED.**

Dated: September 5, 2025

EDWARD M. CHEN  
United States District Judge